UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Bradford Chartrand

    v.                                           Civil No. 12-cv-255-JL

NH Department of Corrections, et al.


## ORDER GRANTING MOTION TO PROCEED
## *IN FORMA PAUPERIS*


      The plaintiff, an inmate at Idaho Department of Corrections ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution indicating a balance on the account of $0.39. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

      The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance is $0.39 there shall be no initial filing fee assessed. Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

      The monthly payments shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed Prisoner

Consent Form (doc. no. 6), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

                                                                   _____
                                                                    Landya B. McCafferty
                                                                     United States Magistrate Judge

Dated: August 20, 2012

cc:   Bradford Chartrand
       Inmate Accounts, Idaho Department of Corrections